THE HONORABLE JUDGE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AARON FREIN and BRANDI HAIR,<br><br>                Plaintiffs,<br><br>v.<br><br>HUNTER WARFIELD, INC.<br><br>                Defendant. | NO. 2:21-cv-00825 TL<br><br>STIPULATION AND ORDER TO DISMISS WITH PREJUDICE AND WITHOUT FEES OR COSTS<br><br>**NOTE ON MOTION CALENDAR: APRIL 24, 2022** |

## STIPULATION

IT IS HEREBY STIPULATED and agreed by and between the parties, through their attorneys undersigned, that the above-entitled matter has been fully settled and compromised and that all claims of Plaintiffs against Defendant shall be dismissed with prejudice and without costs to any party.

DATED this 27th day of April, 2022.

*Attorney for Plaintiffs*

*/s/ Sam Leonard*
Sam Leonard, WSBA #46498
Leonard Law, PLLC
3614 California Ave SW, #151
Seattle, WA 98116
Ph: 206-486-1176
Fx. 206-458-6028
Email: sam@seattledebtdefense.com

*Attorney for Defendant*

*/s/ Andrew Shafer*
Andrew D. Shafer, WSBA # 9405
SIMBURG KETTER
999 Third Avenue; # 2525
Seattle, WA 98104
Direct: 206-799-5128
Main: 206-382-2600
Email: ashafer@sksp.com

STIPULATION AND
ORDER OF DISMISSAL - 1
2: 21-cv-00825 RSL

Leonard Law, PLLC
3614 California Ave. SW, #151
Seattle, Washington 98116
Ph. (206) 486-1176
Fx. (206) 458-6028

**ORDER**

Pursuant to the parties' Stipulation, and the Court finding good cause and being fully advised that all claims by Plaintiffs against Defendant have been fully resolved and that Plaintiffs have agreed to dismiss Defendant from this action, IT IS HEREBY

ORDERED, ADJUDGED, and DECREED that the claims of Plaintiffs against Defendant are dismissed in their entirety with prejudice and without fees or costs to either party.

DATED this 28th day of April, 2022.

Tana Lin
United States District Judge

Presented By:

LEONARD LAW, PLLC

/s/ Sam Leonard
Sam Leonard, WSBA # 46498
Email: sam@seattledebtdefense.com

*Attorney for Plaintiffs*

Stipulated to by:

SIMBURG KETTER

/s/ Andrew Shafer
Andrew Shafer, WSBA # 9405
Email: ashafer@sksp.com

*Attorney for Defendant*

STIPULATION AND
ORDER OF DISMISSAL - 2
2: 21-cv-00825 RSL

Leonard Law, PLLC
3614 California Ave. SW, #151
Seattle, Washington 98116
Ph. (206) 486-1176
Fx. (206) 458-6028